Order entered October 29, 2012



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-12-01226-CV

---

### IN RE DAVID A. SCHUM, Relator

---

**On Appeal from the 330th District Court**
**Dallas County, Texas**
**Trial Court Cause No. 05-9233-Y**

---

## ORDER

The Court has before it relator's September 26, 2012 motion for rehearing on petition for writ of mandamus. The Court **DENIES** the motion.

MARTIN RICHTER
JUSTICE